## STATEMENT OF FACTS

Leading up to September 10, 2012, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, Detective Palchak ("UC") previously registered as a member and created an online profile on a predicated social network site which, based on the UC's experience and information gathered from other sources, is a site frequented by individuals that have a sexual interest in children, and incest.

On Monday September 10, 2012, at approximately 6:33 p.m., the UC posted a message in the public forum of the "jail bate" chat room soliciting, "Any other dad pervs in Maryland, Virginia DC ?"   An individual, later identified as James Powell ("defendant") responded to the message on the public forum, "I am in Deleware."   After the defendant, whose screen name was "shadow69d" responded, the UC clicked on a link in the public forum to the defendant's webcam.  After clicking on the defendant's webcame, the UC saw the defendant, fully naked lying on a bed, and was able to get a direct view of the defendant's face.

On September 10, 2012, at approximately 6:35:59 p.m., the UC initiated a private instant message chat with the defendant within the predicated site.   The UC wrote, "perv dad here in DC . . . whaat are you into? Ages?"   The defendant responded, "7 and up."   The UC wrote, "mmmmmm, same here active with my 12 yo girl . . . you have any exp[erience]."   The UC responded, "not much would love to get some . . . your girl with you now?"

On September 10, 2012, at approximately, 6:42 p.m., the UC and the defendant moved their conversation from the predicated social network site to yahoo instant messenger.   The defendant used the Yahoo screen name "James Anderson."   The UC wrote, "I added you is this shadow69d?"   The defendant responded, "yes that is me." After some back and forth, the defendant wrote, "like freaky daughters too."   The UC responded, "me to im lucky to have one that im now fucking."   The defendant responded, "I wish I was that lucky . . . ever thought about sharing?"   The UC responded, "I have actually . . . it would really turn me on to see her with another cock."   The defendant wrote, "You like black?" and the UC responded, "yes, I am fine with that."   The defendant responded, "I would love to see you fuck your daughter."

On September 10, 2012, at approximately, 6:49 p.m., the defendant asked, "like to see some pics?"   The UC responded, "Hell yeah."   Over the course of their Yahoo Instant Messaging, the defendant sent the UC 10 photos of naked or scantily clad prepubescent females.  Two of those photos are clearly child pornography.   After the UC commented on some specific photos, the defendant wrote, "got those from a guy in Germany . . . he wants me to fuck her."

On September 10, 2012, at approximately, 6:58 p.m., after some back and forth about the photos, the UC wrote, "well I am in DC and would be willing to share her so just let me know."   The defendant responded, "oh yes I want that very much."   The UC and the defendant then go back and forth about meeting up.   The defendant wrote, "well I am in Deleware, but work in Glen Burnie . . want my cell so we can text."   At this point the defendant and the UC exchanged cell

phone numbers.  The defendant provided the number: 240-463-0129.  The UC then wrote, "I can shoot for Wed if you can swing it, it will have to be after 5 pm if that is ok."  The defendant responded, "oh that is good how are your Fridays," and the UC replied, "This Friday is bad, but Wed works," and the defendant followed up, "ok cool."  The UC then provided a clothed photo of his purported 12-year-old daughter.  The UC asked, "you think my daughter is cute," and the defendant responded, "very cute and I will tell her when I see her."  The UC wrote, "here is the thing unfort she started her period last year, im cool with you doing whatever but I cant have her get pregnant for obvious reasons," and the defendant responded, "i understand."

The defendant and the UC then continued their conversation through text messaging.  On September 10, 2012, at approximately 7:13:59 p.m., the UC texted, "hi," to initiate the text message conversation.  The defendant then stated, "My name is James," but had to get off because his "wife came home."

On September 11, 2012, at approximately, 3:40:39 p.m., the defendant initiated the texting, "Good afternoon. Are things still a go for wed.?"  The UC responded, "Hey, yes I talked to my ex last night and everything is cool, she is going to put her on metro after school," and the defendant responded, "What time should I show up?"  The defendant and the UC go back and forth on logistics of the meet including time and location.  The UC then asked, "How should we start with her? Do you want her to suck your dick while I get her pussy wet?"  The defendant responded, "I like the sound of that," and then followed up, "I hope she likes having her pussy eaten . . . I want to eat her clit good."

On September 12, 2012, at approximately, 12:26:41 p.m., the defendant reinitiates the text messaging when he wrote, "Hey john, well, today is the day . . . hope she is ready for us."  The UC answered, "Yes, talked to her last night we are both excited ive been hard all day."  The defendant then, referencing a photograph that the UC sent him of a purported child, wrote, "That pic of her ass u sent me almost made me jack off."  The UC wrote, "Cool.  I jacked off to the blonde one 2 times," referring to one of the images of child pornography distributed by the defendant.  The defendant responded, "Yes yummy looking pussy on her."  The UC wrote, "Very looks like my daughter," and the defendant responded, "I look forward to eating her pussy . . . I want to see you fuck her . . . fuck her as I suck her tits . . . I want to see your dick slide in an out of that sweet young pussy."

As the conversation continued on September 12, 2012, at approximately 12:49:59 p.m., the UC wrote, "5 still good to meet?" The defendant responded, "Yes but the sooner the better."  The UC then asked, "what time I get off I should be home by 4 you want to meet at 430 . . ."  The defendant responded, "Yes!!!"  The UC provided his address and the defendant wrote, "I will call when I get near . . . Cant wait to get my dick in that young pussy . . . Cant wait to see daddy fuck his little girl."  The defendant and the UC had some back and forth about meeting logistics and, at approximately 3:38:46 p.m., the defendant wrote, "I am close by."  The UC responded, "Ok Cool.  She is on her way."

On September 12, 2012, at approximately 4:05 the defendant met the UC in area of the 700 block of 5th St. N.W., in Washington, D.C. The UC asked, "James?" The defendant answered, "Yes." The two men shook hands and the defendant stated that he had decided to drive into D.C. The UC stated, "She's on her way and will be here soon." The defendant responded, "Cool." The UC then gave a prearranged arrest signal and the defendant was arrested.

The defendant produced a Delaware driver's license bearing the name James Powell and was transported to the F.B.I Washington Field Office. The defendant waived his rights and gave an audiotaped statement. The defendant stated that he chatted with the UC on the predicated website, Yahoo Instant Messenger, and engaged in text messaging with the UC. The defendant provided his screen names on the predicated site and Yahoo Instant Messenger. The defendant stated that he used a laptop computer located in his home to chat and instant message with the UC. The defendant stated that he drove into Washington, D.C. from his home in Bridgeville, Delaware, where he resides with his wife and 15-year-old daughter, for the purpose of "meeting [the UC's] daughter." The defendant stated that he showed up to meet the UC "to see if it was true what he was talking about," but was not sure "if he would go through with it."

The defendant acknowledged sending the messages and texts about having sex with the UC's purported daughter and that he has an interest in young girls. The defendant admitted distributing the images of child pornography to the UC and that he received those photos from "a guy he was chatting with from Germany."

_____
DETECTIVE TIMOTHY PALCHAK
Metropolitan Police Department

Sworn and subscribed to before me this _____ day of September, 2012.

_____

United States Magistrate Judge

3